Dismissed and Memorandum Opinion filed September 4, 2008








Dismissed
and Memorandum Opinion filed September 4, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00867-CV

____________

 

SYLVIA COMERFORD, Appellant

 

V.

 

FIRST HORIZON HOME LOAN CORP., Appellee

 

 



 

On Appeal from the County Civil Court at Law No. 2

Harris County, Texas

Trial Court Cause No. 897462

 



 

M E M O R
A N D U M  O  P I N I O N

This is
an appeal from a judgment signed September 24, 2007.  The clerk=s record was filed on October 19,
2007.  The reporter=s record was filed June 4, 2008.  Appellant=s brief was due July 7, 2008, but it
was not filed.  No motion for extension of time was filed.








On July
24, 2008, this Court issued an order stating that unless appellant submitted
her brief, together with a motion reasonably explaining why the brief was late,
on or before August 22, 2008, the Court would dismiss the appeal for want of
prosecution.  See Tex. R. App. P.
42.3(b).  No response was filed.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
September 4, 2008.

Panel consists of Chief Justice Hedges and Justices
Guzman and Brown.